PHILIP LEUN, as Administrator of the Estate of HERBERT LEUN, Deceased, Appellant, *v.* LESLIE G. BRIMMER, Respondent.

*Appeal — failure to file undertaking.*

*Leun* v. *Brimmer*, 203 App. Div. 643, appeal dismissed.
(Submitted February 25, 1924; decided April 1, 1924.)

APPEAL from a judgment, entered November 24, 1922, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of Special Term denying a motion by defendant for judgment upon the pleadings, granted said motion and directed judgment in favor of defendant.

The motion was made upon the ground of failure to serve the required undertaking.

*Edward T. Costello* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.